# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
James W. Ancel, Inc. ) ASBCA Nos. 58698, 58699, 58700
) 58701, 58702, 58703
) 58704, 58705, 58706
) 58707, 58708, 58709
) 58710, 58711, 58712
) 58713, 58714, 58715
) 58716, 58717, 58718
) 58719, 58720, 58721
) 58722, 58723, 58724
Under Contract No. W912QR-10-C-0029 )

APPEARANCE FOR THE APPELLANT: Joseph C. Kovars, Esq.
  Ober, Kaler, Grimes & Shriver
  Baltimore, MD

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Qiana D. Davis, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

The disputes have been settled. The appeals are dismissed with prejudice.

Dated: 11 August 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58698, 58699, 58700, 58701, 58702, 58703, 58704, 58705, 58706, 58707, 58708, 58709, 58710, 58711, 58712, 58713, 58714, 58715, 58716, 58717, 58718, 58719, 58720, 58721, 58722, 58723, 58724, Appeals of James W. Ancel, Inc., rendered in conformance with the Board's Charter.

Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals